NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEO L. MIKITAROFF,**
*Claimant-Appellant,*

**v.**

**Erick K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7137

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 10-2970, Judge William A. Moorman.

---

## JUDGMENT

---

JAMES R. BARNEY, Finnegan, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for claimant-appellant. On the brief was MARK R. LIPPMAN, The Veterans Law Group, of La Jolla, California.

ALEX P. HONTOS, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were STUART F. DELERY,

Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and SCOTT D. AUSTIN, Assistant Director. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and BRIAN D. GRIFFIN, Attorney, United States Department of Veterans Affairs, of Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, BRYSON, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 17, 2013          /s/ Jan Horbaly
   Date               Jan Horbaly
                      Clerk